# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORY MICHELLE WEBER FOSTER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 5:24-cv-01510-PVC<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: May 7, 2025

　　　　　　　　　　　　　　　　　　　　　／s／ Pedro V. Castillo
　　　　　　　　　　　　　　　　THE HONORABLE PEDRO V. CASTILLO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 Respectfully submitted,

2 LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3      /s/ *Monica Perales*

4 BY: _____
     Monica Perales
5    Attorney for plaintiff Lory Michelle Weber Foster

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26